# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Ceres Caribe, Inc. ) ASBCA No. 60530
)
Under Contract No. W912EP-07-C-0017 )

APPEARANCE FOR THE APPELLANT: Karl Dix, Jr., Esq.
Smith, Currie & Hancock LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Carolyn J. Fox, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Jacksonville

## OPINION BY ADMINISTRATIVE JUDGE STEMPLER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $250,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 18 August 2009 until date of payment.

Dated: 11 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                     I concur

RICHARD SHACKLEFORD             KENNETH D. WOODROW
Administrative Judge                    Administrative Judge
Vice Chairman                            Armed Services Board
Armed Services Board               of Contract Appeals
of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60530, Appeal of Ceres Caribe, Inc., rendered in conformance with the Board's Charter.

        Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals